1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ALONZO BROWN,
11           Plaintiff,                       No. 2:10-cv-1148 KJN P
12       vs.
13  INTERNAL AFFAIRS,
14           Defendant.                       <u>ORDER</u>
15  _____/
16          Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action
17  pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of
18  1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
19  forma pauperis.
20          The federal venue statute requires that a civil action, other than one based on
21  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
22  defendants reside in the same State, (2) a judicial district in which a substantial part of the events
23  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
24  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
25  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
26  ////

1    In this case, none of the defendants reside in this district. It appears that the claim
2 arose in either Santa Barbara or Lancaster, both of which are in the Central District of California.
3 Therefore, plaintiff's claim should have been filed in the United States District Court for the
4 Central District of California. In the interest of justice, a federal court may transfer a complaint
5 filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire,
6 512 F.2d 918, 932 (D.C. Cir. 1974).
7    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
8 United States District Court for the Central District of California.
9 DATED: May 13, 2010

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

brow1148.21